UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:25-CR-126-KAC-DCP |
| | ) | |
| JEREMIAH LEANTE SCOTLAND | ) | |
| and MADISON KAYLIE JORDAN, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Madison Kaylie Jordan's Motion to Continue Trial Date and Related Deadlines [Doc. 30], filed on December 30, 2025, and Codefendant Jeremiah Leante Scotland's Motion to Join Co-Defendant's Motion Continue Trial Date and Relevant Deadlines (Doc. 30) [Doc. 31].

Defendant Jordan requests the Court to continue the trial date, set for January 13, 2026 [*Id.*]. In support of her motion, Defendant states that her counsel was appointed on October 23, 2025 [*Id.* ¶ 1]. Defendant represents that the discovery in this case is voluminous and that her counsel needs additional time to conduct a review [*Id.* ¶ 2]. Additionally, Defendant's counsel requires more time to prepare motions and prepare the case for trial [*Id.* ¶ 3]. Defendant's motion reflects that the Government does not oppose the continuance and that Defendant understands the period of time between the filing of this motion for continuance and a rescheduled trial date shall be fully excludable for speedy trial purposes [*Id.* ¶ 5].

Codefendant Scotland filed a Motion to Join Co-Defendant's Motion to Continue Trial Date and Relevant Deadlines (Doc. 30) [Doc. 31], asking the Court to continue the relevant

deadlines and trial in this case [*Id.*]. In support of his motion, Codefendant Scotland states that his counsel has received initial discovery, but is currently awaiting additional discovery, including audio/video files [*Id.* ¶ 1]. Codefendant Scotland represents that his counsel needs additional time to review discovery and then determine if any pretrial motions are appropriate, and complete the investigation into the facts and circumstances of this matter to fully advise him of the best possible resolution of this case [*Id.*]. Codefendant Scotland understands that the period between the filing of this motion for continuance and a rescheduled court date will be fully excludable for speedy trial purposes [*Id.* ¶ 3].

Based on the information in Defendant's motion and because the Government and Codefendant Scotland do not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). In consideration of these factors, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defendants need the additional time to receive and review discovery, confer with counsel, consider pretrial motions and otherwise prepare for trial. The Court finds that all of this cannot occur before the January 13, 2026 trial date.

The Court therefore **GRANTS** Defendant Madison Kaylie Jordan's Motion to Continue Trial Date and Related Deadlines [**Doc. 30**] and Codefendant Jeremiah Leante Scotland's Motion to Join Co-Defendant's Motion Continue Trial Date and Relevant Deadlines (Doc. 30) [**Doc. 31**]. The trial of this case is reset to **May 12, 2026**. A new, comprehensive trial schedule is included below. Because the Court finds that the ends of justice are served by granting a continuance

outweigh the interests of Defendants and the public in a speedy trial, all of the time between the filing of the motion on December 30, 2025, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Madison Kaylie Jordan's Motion to Continue Trial Date and Related Deadlines [**Doc. 30**] and Codefendant Jeremiah Leante Scotland's Motion to Join Co-Defendant's Motion Continue Trial Date and Relevant Deadlines (Doc. 30) [**Doc. 31**] are **GRANTED**;

(2) the trial of this matter is reset to commence on **May 12, 2026, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) all time between the filing of the motion on **December 30, 2025**, and the new trial date of **May 12, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing pretrial motions is **January 30, 2026**. The deadline for responding to pretrial motions is **February 13, 2026**;

(5) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **April 10, 2026**;

(6) the deadline for filing motions *in limine* is **April 27, 2026**, and responses to motions *in limine* are due on or before **May 5, 2026**;

(7) the parties are to appear before the undersigned for a final pretrial conference on **April 23, 2026, at 11:00 a.m.**; and

(8) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **May 1, 2026.**

**IT IS SO ORDERED.**

ENTER:

*/s/ Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge

3